# UNITED STATES DISTRICT COURT
## District of Minnesota

Santiago Alberto Cruz Paredes

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi, David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00164-JWB-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1. Petitioner Santiago A.C.P.'s Petition for a writ of habeas corpus (Doc. No. 1) is **GRANTED**.

    2. Respondents shall immediately release Petitioner from custody. He must be released in Minnesota.

    3. Respondents shall confirm the time, date, and location of Petitioner's release within 48 hours from the date of this Order.

    4. Respondents may not re-detain Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

    5. Petitioner's other claims are not reached.

Date: 1/16/2026                  KATE M. FOGARTY, CLERK